# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, | No. CV-21-00164-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| DW CL VII LLC, | |
| Defendant. | |

Pursuant to the Court's Order of August 6, 2021 (Doc. 15),

IT IS HEREBY ORDERED that the above-entitled matter is dismissed.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 10th day of August, 2021.

Honorable John J. Tuchi
United States District Judge